Battle, J.
 

 It is clearly settled that it is evidence in favor of a negro, in a suit for his freedom, that he is generally reputed to be free, and has always acted and passed as a free man. See
 
 Jarman
 
 v. Humphrey, ante 28, and
 
 Brookfield
 
 v.
 
 Stanton,
 
 ante 156. If such evidence be admissible to establish the fact of a negro’s being free, when it is to operate in his favor,
 
 *309
 
 it seems to us, that it must equally be so when it is to' operate against him.
 

 That a man’s color may be proved to show that he is a negro, is a proposition too plain to admit of a doubt.
 
 State v. Chavers,
 
 5 Jones’ Rep. 11.
 

 Peb Curiam, Judgment affirmed.